UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**HENRY M. ROBINSON, JR.**      **CIVIL ACTION NO. 18-cv-0319**

**VERSUS**      **JUDGE TERRY A. DOUGHTY**

**STATE OF LOUISIANA, ET AL**      **MAG. JUDGE MARK L. HORNSBY**

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**MONROE**, **LOUISIANA**, this the 1st day of June, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**